IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIE STANLEY,

        Plaintiff,

v.

MERCK & CO., INC.,

        Defendant.

CIVIL ACTION No. _____

**05 10882 RCL**

### RULE 7.3 CORPORATE DISCLOSURE STATEMENT

Per the requirements of Rule 7.3 of the Local Rules of the United States District Court for the District of Massachusetts, Defendant Merck & Co, Inc. ("Merck"), makes the following statements regarding Merck's corporate ownership:

1. Merck is a publicly traded corporation on the New York Stock Exchange.

2. No single company currently owns more than 10% or more of Merck's stock.

        MERCK & CO., INC.
        By its attorneys:

        _____
        James J. Dillon (BBO# 124660)
        Bradley E. Abruzzi (BBO# 651516)
        FOLEY HOAG LLP
        155 Seaport Boulevard
        Boston, MA 02110-2600
        (617) 832-1000

Dated: April 29, 2005

- 2 -

## CERTIFICATE OF SERVICE

I certify that a true copy of the foregoing RULE 7.3 CORPORATE DISCLOSURE STATEMENT was served on April 29, 2005 by regular U.S. mail, upon:

John Kupris
47 Winter Street, 4th Floor
Boston, Massachusetts 02108
**Counsel for Plaintiff Marie Stanley**