IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MARIE STANLEY,

        Plaintiff,

    v.

MERCK & CO., INC.,

        Defendant.

CIVIL ACTION No. 05-10882-RCL

**<u>DEFENDANT MERCK & CO., INC.'S ASSENTED-TO MOTION TO
STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION
BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION</u>**

    Defendant Merck & Co., Inc. ("Merck") hereby moves this Court, with the Plaintiff's assent, to stay all proceedings in this action pending a ruling from the Judicial Panel on Multidistrict Litigation (the "Panel") on the prospective transfer of the case to *In re VIOXX Products Liab. Litig.* (MDL-1657), the multi-district litigation ("MDL") proceeding that has been established in the Eastern District of Louisiana, in Judge Eldon E. Fallon's session, to coordinate all product liability cases involving alleged health risks from VIOXX® (the "VIOXX® cases").

    The case raises legal and factual issues that are the same, in substance, as those of VIOXX® cases brought nationwide and since transferred to Judge Fallon's MDL proceeding for coordination. Pending the Panel's inevitable determination that this case will transfer to the MDL Court, a stay of proceedings is necessary and appropriate to achieve the judicial economies that underlie the MDL statute, 28 U.S.C. § 1407.

    For the above stated reasons, and for those advanced in the accompanying Declaration of Bradley E. Abruzzi and Memorandum of Law, Merck requests that the Court grant its motion to

stay all proceedings in this case pending the Panel's ruling on transfer of this case to the MDL Court for coordinated pretrial management.

               Respectfully submitted,

               MERCK & CO., INC.


               */s/ Bradley E. Abruzzi*
               James J. Dillon (BBO# 124660)
               Bradley E. Abruzzi (BBO# 651516)
               FOLEY HOAG LLP
               155 Seaport Boulevard
               Boston, Massachusetts 02210
               (617) 832-1000


Dated: May 5, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I certify that on May 3, 2005, I spoke with counsel of record John Kupris and obtained his assent to this motion.

                                                            */s/ Bradley E. Abruzzi*

## **CERTIFICATE OF SERVICE**

I certify that on May 5, 2005, I e-filed the foregoing DEFENDANT MERCK & CO., INC.'S ASSENTED-TO MOTION TO STAY ALL PROCEEDINGS PENDING A TRANSFER DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION, causing a true copy of said filing to be served automatically upon:

John Kupris
47 Winter Street, 4th Floor
Boston, Massachusetts  02108
**Counsel for Plaintiff Marie Stanley**

                                                            */s/ Bradley E. Abruzzi*