IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARIE STANLEY,<br><br>           Plaintiff,<br><br>   v.<br><br>MERCK & CO., INC.,<br><br>           Defendant. | CIVIL ACTION No. 05-CV-10882-RCL |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PAPERS

Pursuant to 28 U.S.C. § 1446, defendant hereby files certified copies of all records and proceedings in the superior court action (Suffolk County Superior Court Civil Action No. 05-10784).

                                    MERCK & CO., INC.
                                    By its attorneys:

                                    /s/ James J. Dillon
                                    James J. Dillon (BBO# 124660)
                                    Bradley E. Abruzzi (BBO# 651516)
                                    FOLEY HOAG LLP
                                    155 Seaport Boulevard
                                    Boston, MA 02110-2600
                                    (617) 832-1000

Dated: May 9, 2005

B3026443.1

## CERTIFICATE OF SERVICE

    I certify that a true copy of the foregoing NOTICE OF FILING CERTIFIED COPIES OF STATE COURT PAPERS was served on May 9, 2005 by regular U.S. mail, upon:

John Kupris
47 Winter Street, 4th Floor
Boston, Massachusetts 02108
**Counsel for Plaintiff Marie Stanley**

_[signature]_

B3026443.1

- 2 -